```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

```
ISAAC W. MOORE,                  :
                                 :
     Plaintiff,                  :
                                 :
vs.                              :
                                 :   CIVIL ACTION 16-0082-M
CAROLYN W. COLVIN,               :
Social Security Commissioner,    :
                                 :
     Defendant.                  :
```

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Isaac W. Moore.

DONE this 15th day of November, 2016.

```
                          s/BERT W. MILLING, JR.
                          UNITED STATES MAGISTRATE JUDGE
```